# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 25-2640

———————————————

United States of America

*Plaintiff - Appellee*

v.

Antoine Askari Richardson

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Missouri - Kansas City

——————————

Submitted: December 22, 2025
Filed: December 30, 2025
[Unpublished]

——————————

Before SMITH, GRUENDER, and KOBES, Circuit Judges.

——————————

PER CURIAM.

Antoine Richardson appeals the sentence imposed by the district court[1] after he pled guilty to sex offenses, pursuant to a written plea agreement containing an

———————————————

[1]The Honorable David Gregory Kays, United States District Judge for the Western District of Missouri.

appeal waiver. His counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review, we conclude the appeal waiver is valid, enforceable, and applicable to the issues raised in this appeal. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing validity and applicability of appeal waiver de novo); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (enforcing an appeal waiver if the appeal falls within the scope of waiver, defendant knowingly and voluntarily entered into the plea agreement and waiver, and it would not result in miscarriage of justice). We have also independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the appeal waiver. Accordingly, we grant counsel's motion to withdraw and dismiss the appeal.

_____